EXHIBIT I

# 확 인 각 서



2014. 03.12

범양해운㈜ 귀하

Pumyang Logistics Inc. president 신영주는 다음과 같이 이행할 것을 확약하고 각서 합니다.

1. 기 미지금중 9만불( 2012~13년 미수금중)을 다음의 지급계획에 따라 지불할것을 약정합니다.
   - 3월:$15,000( 이영희 디자이너/경주 collect금액으로 처리)
   - 4월: $5,000
   - 5월:$10,000
   - 6월:$20,000
   - 7월:$20,000
   - 8월:$20,000

2. 3월 1일 입항분 부터는 각항차별 전체 BALANCE를 계산하여 입항전에 서울 DEBITE NOTE를 근거로 입항 즉시 송금하는 것으로 약정하고 화물 도착전 선임이 출발지에서 지불하여 도착지에서 원만한 업무가 이루어지도록 할것입니다.

상기 내용으로 약정하여, 약정서에 의거 이행이 되지 않는 경우 범양해운㈜는 채권을 근거로 PUMYANG LOGISTICS,INC을 제3자 매각 또는 채권행사를 법적 물리적으로 조치하여도 일체의 이의를 제기하지 않을 것을 각서합니다.

## CONFIRMATION & MEMORANDUM

Date: 2014. 03.12

To: Pumyang shipping Co.,Ltd

Pumyang Logistics Inc. YoungJoo, Shin/president committed to the following: a memorandum of understanding that.

1. Now based in the U$90,000 ( receivables in 2012-13 ) and then will they be paid according to the payment schedule to the agreement.
   - March : $ 15,000 ( Designer/ Lee Young Hee collect the amount of processing)
   - April : $ 5,000
   - May : $ 10,000
   - June : $ 20,000
   - July : $ 20,000
   - August : $ 20,000

2. Beginning March 1, Pumyang logistics ,Inc ensure and have to pay all destination svc charge based on each voyage by calculating the total balance debit note before arrival and ocean freight must to be paid cargo prior to arrival for smooth work at destination.

If Pumyang Logistics, Inc is not able to do based on above the contents of the contract agreement, Pumyang shipping Co.,Ltd can sold to a third party or legal bonds physically taking the action , in case Pumyang Logistics, Inc will not raise any objection to the memorandum and all legal action.

PUMYANG LOGISTICS, INC
YOUNG JOO SHIN / PRESIDENT
130 W.Commercial Ave, Moonachie NJ 07074 U.S.A.
Tel: 201-933-5512, Cel: 201-755-0090

Enrollees : JUNGKYU KIM/President, Pumyang shipping Co.,Ltd

2014. 3. 12



# PUMYANG SHIPPING CO., LTD. *Anypactrans*
"We transport your dream, not just freight..."

## 채 권 채 무 확 인 서

채권자  주　　소 : 서울특별시 포대로 팰솜위 240-21
　　　　 상 호 명 : 汎洋海運株式會社
　　　　 대표이사: 代表理事 金 正 圭

채무자  주　　소 :
　　　　 상 호 명 : PUM YANG LOGISTICS, INC.
　　　　 대표이사: 130 W. COMMERCIAL AVE.
　　　　　　　　　 MOONACHIE, NJ 07074
　　　　　　　　　 Youngjoo Shin

채권자 범양해운㈜은 채무자 PUMYANG LOGISTICS, INC. NEWYORK 과의 2010년~2012년 채무를 아래와 같이 확인하고자 하오니 귀사의 장부와 대조, 확인하시고 아래 확인통란에 기입 서명 날인하여 1부를 당사의 주소로 회신 바랍니다.

통화:USD

|  | 날짜 | DEBIT | CREDIT | BAL |
|---|---|---|---|---|
| 거래내역 | 2010년 | 108,455.30 |  | 108,455.30 |
|  | 2011년 | 131,895.35 | 58,992.14 | 72,903.21 |
|  | 2012년 | 109,183.49 | 39,739.37 | 69,444.12 |
|  | TOTAL | 349,534.14 | 98,731.51 | 250,802.63 |

*상세내역은 첨부한 OUTSTANDING STATEMENT (14매) 참조 바랍니다.

## 확 인 통 지

1. 위 거래내역에 기재된 내용을 사실 확인합니다.

2. 당사 PUMYANG LOGISTICS, INC. NEWYORK은 범양해운㈜에 채무 USD250,802.63을 확인합니다.

　　　　　　　　　 날　　짜 : 2013. 7. 20
　　　　　　　　　 주　　소 : PUM YANG LOGISTICS, INC.
　　　　　　　　　 상 호 명 : 130 W. COMMERCIAL AVE.
　　　　　　　　　　　　　　 MOONACHIE, NJ 07074
　　　　　　　　　 대 표 자 : Youngjoo Shin



"We transport your dream, not just freight..."
## PUMYANG SHIPPING CO., LTD.  *Anypactrans*

# 채 권 채 무 확 인 서

| 채권자 | 주 소 : | 서울特別市 江西區 陽川路 583 |
| --- | --- | --- |
| | 상 호 명 : | 汎洋海運株式會社 |
| | 대표이사 : | 代表理事 金 正 圭 |

| 채무자 | 주 소 : | 130 W. Commercial Ave Moonachie NJ 07074 U.S.A |
| --- | --- | --- |
| | 상 호 명 : | pum Yang Logistics inc |
| | 대표이사 : | Young Joo Shin |

채권자 범양해운(주)은 채무자 PUMYANG LOGISTICS, INC. NEWYORK 과의 2013년~2015년 채무를
아래와 같이 확인하고자 하오니 귀사의 장부와 대조, 확인하시고 아래 확인통지란에 기입서명 날인하여
1부를 당사의 주소로 회신 바랍니다.

거래기간 : 2013. 12. 1 ~ 2015. 12. 31

통화:USD

| 거래내역 | DEBIT | CREDIT | BAL |
| --- | --- | --- | --- |
| | $ 204,892.95 | $ 35,506.83 | $ 169,386.12 |

*상세내역은 첨부한 OUTSTANDING STATEMENT (15매)참조 바랍니다.

## 확 인 통 지

1. 위 거래내역에 기재된 내용을 사실 확인합니다.

2. 당사 PUMYANG LOGISTICS, INC. 는 범양해운(주)에 채무 USD 169,386.12 을 확인합니다.

날 짜 : 3/10/2016
주 소 : 130 West commercial Ave Moonachie NJ 07074
상 호 명 : pum Yang Logistics inc
대 표 자 : Young Joo Shin



# INVOICE

To. Pumyang Logistics., Inc.  
85 Atlantic street, Hackensack, Nj 07601  
TEL: (201)933-5512  
FAX:(201)933-5521/5591  
E-Mail : Yshin@pumyangusa.com

From. Pumyang shipping Korea  
#208, Woorim blue 9 Business Center, 240-21,  
Yeomchang-dong, Gangseo-Gu, Seoul, Korea  
TEL:(82)2-2093-2093  
FAX:(82)2-2093-2111  
E-Mail : Management@pumang.com

| Date | 2016.10.19 |
|---|---|
| From | Pumyang Shipping Korea |
| To | Pumyang logictics inc (New york) |
| Attn. | Shin Youngju |
| Area. | Newyork, USA |
| Period | 2013.12.04~2016.10.19 |

| Detail | Debit amount | Credit amount | Total balance amount |
|---|---|---|---|
| Outstanding Statement no.1 ~ 201 | $254,775.53 | $111,878.83 | $142,896.70 |
| TTL | | | $142,896.70 |



     

▪Sea/Air freight ▪Project Service ▪Shipping Agency ▪Exhibition Fair ▪Industrial & Fine Art packing ▪Storage & Distribution ▪International Removal Service

CONFIRMATION & MEMORANDUM

Date: 2014. 03. 12

To: Pumyang Shipping Co., Ltd

Pumyang Logistics Inc. YoungJoo, Shin/president committed to the following: a memorandum of understanding that.

1. Now based in the $90,000(receivables in 2012-13) and then will they be paid according to the payment schedule to the agreement.

- March: $15,000

- April: $5,000

- May: $10,000

- June: $20,000

- July: $20,000

- August: $20,000

2. Beginning March 1, Pumyang logistics Inc. ensure and have to pay all destination svc charge based on each voyage by calculating the total balance debit note before arrival and ocean freight must to be paid cargo prior to arrival for smooth work at destination.

If Pumyang Logistics Inc. is not able to do based on above the contents of the contract agreement, Pumyang Shipping Co., Ltd can sold to a third party or legal bonds physically taking the action, in case Pumyang Logistics Inc. will not raise any objection to the memorandum and all legal action.

PUMYANG LOGISTICS, INC

YOUNG JOO SHIN / PRESIDENT

130 W.Commercial Ave, Moonachie NJ 07074 U.S.A.

Tel: 201-933-5512, Cel: 201-755-0090

Enrollees: JUNGKYU, KIM / President, Pumyang Shipping Co., Ltd

Confirmation Document

Creditor       Address: Gangseo-gu Seoul, Korea

               Business name: Pumyang shipping Co., Ltd.

               CEO: Jung Kyu Kim

Debtor         Address: 130 W. COMMERCIAL AVE. MOONACHIE, NJ 07074

               Business name:  Pum yang logistics, Inc.

               CEO: Young Joo Shin

Creditor confirms debtor's debt which has been cumulated from 2010 to 2012 as shown below.

Do compare and check debtor's accounting books and send confirmation document and confirmation notice on the bottom of this page with signature and seal to creditor's address.

Currency: USD

| | Date | DEBIT | CREDIT | BAL |
|---|---|---|---|---|
| Transaction History | 2010 | 108,455.30 | | 108,455.30 |
| | 2011 | 131,895.35 | 58,992.14 | 72,903.21 |
| | 2012 | 109,183.49 | 39,739.37 | 69,444.12 |
| | TOTAL | 349,534.14 | 98,731.51 | 250,802.63 |

* You can check the details in attached OUTSANDING STATEMENT (14 papers)

Confirmation notice

1. Debtor confirms checking and accepting transaction history.

2. Pum yang logistics, Inc. confirms that Pum yang logistics, Inc. owes USD 250,802.63 to Pumyang shipping Co., Ltd.

Date: 2/20/2013

address: 130 W. COMMERCIAL AVE. MOONACHIE, NJ 07074

Business name:  Pum yang logistics, Inc.

CEO: Young Joo Shin

Confirmation Document

| | |
|---|---|
| Creditor | Address: Gangseo-gu Seoul, Korea |
| | Business name: Pumyang shipping Co., Ltd. |
| | CEO: Jung Kyu Kim |
| Debtor | Address: 130 W. COMMERCIAL AVE. MOONACHIE, NJ 07074 |
| | Business name: Pum yang logistics, Inc. |
| | CEO: Young Joo Shin |

Creditor confirms debtor's debt which has been cumulated from 2013 to 2015 as shown below.

Do compare and check debtor's accounting books and send confirmation document and confirmation notice on the bottom of this page with signature and seal to creditor's address.

The term of transaction: 12/1/2013 ~ 12/31/2015

Currency: USD

| Transaction History | DEBIT | CREDIT | BAL |
|---|---|---|---|
| | 204,892.95 | 35,506.83 | 169,386.12 |

* You can check the details in attached OUTSANDING STATEMENT (15 papers)

Confirmation notice

1. Debtor confirms checking and accepting transaction history.

2. Pum yang logistics, Inc. confirms that Pum yang logistics, Inc. owes USD 169,386.12 to Pumyang shipping Co., Ltd.

Date: 3/10/2016

address: 130 W. COMMERCIAL AVE. MOONACHIE, NJ 07074

Business name: Pum yang logistics, Inc.

CEO: Young Joo Shin



# INVOICE

To. **Pumyang Logistics., Inc.**
85 Atlantic street, Hackensack, Nj 07601
TEL: (201)933-5512
FAX:(201)933-5521/5591
E-Mail : Yshin@pumyangusa.com

From. **Pumyang shipping Korea**
#208, Woorim blue 9 Business Center, 240-21,
Yeomchang-dong, Gangseo-Gu, Seoul, Korea
TEL:(82)2-2093-2093
FAX:(82)2-2093-2111
E-Mail : Management@pumang.com

| Date | 2016.10.19 |
|---|---|
| From | Pumyang Shipping Korea |
| To | Pumyang logictics inc (New york) |
| Attn. | Shin Youngju |
| Area. | Newyork, USA |
| Period | 2013.12.04~2016.10.19 |

| Detail | Debit amount | Credit amount | Total balance amount |
|---|---|---|---|
| Outstanding Statement no.1 ~ 201 | $254,775.53 | $111,878.83 | $142,896.70 |
| TTL | | | $142,896.70 |



서울特別市 江西區 陽川路 583
汎洋海運株式會社
代表理事 金 正 圭

     

▪Sea/Air freight ▪Project Service ▪Shipping Agency ▪Exhibition Fair ▪Industrial & Fine Art packing ▪Storage & Distribution ▪International Removal Service